# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: <br> Bryan David Garrett and Tracy Denise Garrett <br><br><br> Debtor(s). | C/A No. 19-04499-hb <br> Chapter 13 <br><br><br> **ORDER LIFTING** <br> **THE AUTOMATIC STAY** |

This matter is before the Court on the certification of U.S. Bank Trust National Association, as Trustee of The Dwelling Series IV Trust ("Movant") that Debtor(s) did not comply with the settlement order entered by the Court on February 17, 2022 by failing to make required payments, as follows: Regular payments from October 01, 2021 through October 01, 2022.  Movant has waived any claim arising under 11 U.S.C. §§ 503(b) and 507(b).  Based upon the certification of Movant, the stay is lifted as to 19 Martele Court, Simpsonville, SC 29680.  Movant may send any required notice to the Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**11/14/2022**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 11/14/2022